**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-61656-CIV-SMITH**

SOUTH BROWARD HOSPITAL DISTRICT,

    Plaintiff,

v.

BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.
and HEALTH OPTIONS, INC.,

    Defendants.

_____/

## ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of this case is appropriate under Internal Operating Procedure 2.15.00 of the United States District Court for the Southern District of Florida because of related Case Number **20-cv-61655-AHS**, and subject to the consent of the Honorable Raag Singhal, it is

**ORDERED** that the above numbered case is transferred to the calendar of Judge Singhal for all further proceedings.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of September 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

After reviewing the file in the above-numbered case, the undersigned hereby accepts the transfer of this case. Therefore, it is hereby

**ORDERED** that all pleadings filed after this date shall bear the following case number, **20-CIV-61656-AHS**, thereby indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 8th day of September 2020.

**RAAG SINGHAL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to counsel of record via CM/ECF